No. 78–5783. HARRIS *v.* UNITED STATES. C. A. 6th- Cir. Certiorari denied.

No. 78–5784. GIBSON *v.* MISSOURI PACIFIC RAILROAD CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5785. COLEMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5789. BROWNING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5791. BELCHER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5792. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied

No. 78–5801. DREITZLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5803. BRACKETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5820. JONES *v.* BALKCOM, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–5826. JENKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5829. MIKKA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5834. SEARP *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5836. ZILKA *v.* BAKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5837. HANDABAKA *v.* CITY OF PATERSON ET AL. Super. Ct. N. J. Certiorari denied.